UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GLORIA J. WRIGHT,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | No. 2:04 CV 524 |
| ) | |
| LAKE COUNTY SHERIFF'S      ) | |
| DEPARTMENT, et al.,      ) | |
| ) | |
| Defendants.      ) | |

## O R D E R

On September 9, 2005, Magistrate Judge Cherry issued a written report and recommendation on two motions for sanctions brought by defendants Philpot, Kirrin, and Officers Unknown (docket # 23, 24). No objections have been filed. Therefore, the court accepts and adopts Magistrate Judge Cherry's report and recommendation and hereby orders that the motions (docket #23, 24) be **DENIED** as to the requested sanction of dismissal of plaintiff's case, but **GRANTED** as to the imposition of attorney fees.

In accordance with Magistrate Judge Cherry's report and recommendation, the imposition of attorneys' fees is subject to the submission and court approval of affidavits setting forth a complete itemization of the attorneys' fees incurred by defendants related to the preparation of the motions for sanctions, defense counsel's appearance at the September 6, 2005, sanctions hearing, and defense counsel's attendance at plaintiff's July 7, 2005, court-ordered physical examination.

**SO ORDERED.**

**Enter**: October 3, 2005

s/James T. Moody_____
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT